JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ADAM SHARPE,** </br>             Petitioner, </br>   v. </br> WARDEN, </br>             Respondent. | **No. LA CV 22-08874-VBF-AFM** </br> **ORDER** </br> Dismissing Case for Lack of Prosecution, Failure to Comply with Court Order, and Failure to Pay Case Filing Fee |

      On December 6, 2022, proceeding pro se, California stateprisoner Adam Sharpe ("petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2254, which was docketed on December 8, 2022. *See* CM/ECF System Document ("Doc") 1. That same day, December 8, 2022, the Clerk's Office issued a CV-111 Notice Re: Discrepancies in Filing of Habeas Corpus Petition (Doc 4), noting that petitioner had neither paid the filing fee nor filed a request to proceed in forma pauperis and waive the filing fee.

      The CV-111 Notice directed petitioner to either pay the filing fee or submit a CV-60P Request to Proceed Without Prepayment within thirty days. Not counting the day that petitioner received the Notice, *see* Fed. R. Civ. P. 6, that thirty-day period elapsed at midnight on January 8, 2023. The Notice clearly warned petitioner, "If you do not respond within thirty days from the date below [December 8, 2022], your action may be dismissed." Doc 4 at 1. To date, the Court has received no payment of the filing fee, no request to waive

the fee, and no other communication from the petitioner.

**Accordingly, this case is DISMISSED without prejudice for lack of prosecution, failure to comply with court order, and failure to pay the case filing fee or seek waiver of the fee.**

The case is TERMINATED (JS-6) and CLOSED.

IT IS SO ORDERED.

Dated: March 22, 2023

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge